[No. 17638-6-II.    Division Two.    May 24, 1996.]

JOHN E. BRANNFORS, ET AL., *Respondents*, v. MARY
BRANNFORS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 92-2-02120-3, Barbara D. Johnson, J.,
entered October 4, 1993. *Affirmed* by unpublished opinion
per Houghton, A.C.J., concurred in by Fleisher and Wiggins, JJ. Pro Tem.

[No. 17886-9-II.    Division Two.    May 24, 1996.]

*In the Matter of the Marriage of* ROXANNE L. TOBIN,
*Respondent*, and PERRY TOPINKA, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-3-01413-1, Christine A. Pomeroy, J.,
entered December 20, 1993. *Affirmed* by unpublished
opinion per Houghton, A.C.J., concurred in by Wiggins
and Fleisher, JJ. Pro Tem.

[No. 18167-3-II.    Division Two.    May 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRANCISCO J. HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 94-1-00039-2, Francis Mark McCauley, J., entered April 18, 1994. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton,
A.C.J., concurred in by Wiggins and Fleisher, JJ. Pro Tem.

[No. 18201-7-II.    Division Two.    May 24, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
BRYCE SHERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 94-1-00085-1, James Warme, J.,
entered April 6, 1994. *Reversed* by unpublished opinion
per Seinfeld, C.J., concurred in by Morgan and Houghton,
JJ.